# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TROY TEMPLETT

VERSUS

STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS, LOUISIANA STATE
PENITENTIARY

NO.  2021 CW 0986

**NOVEMBER 29, 2021**

---

In Re:  Troy Templet, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 22719.

---

**BEFORE:  GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.**  Prior to the district court's June 16, 2021 Appellate Pauper Order, the district court signed several prior orders allowing plaintiff, Troy Templet, to continue the litigation without payment of costs in advance or as they accrue, including orders signed on July 7, 2016, and September 6, 2017, which also vacated a stay imposed pursuant to La. R.S. 15:1186.  Prior to the order of appeal at issue herein, the district court did not require compliance with La. R.S. 15:1186.  Accordingly, the district court's June 16, 2021 Appellate Pauper Order is vacated, and this matter is remanded to the district court with instructions that the court process plaintiff's appeal for lodging with this court.

JMG
GH
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT